May 31, 2006

Mr. David M. Bond
Boyar & Miller, P.C.
4265 San Felipe, Suite 1200
Houston, TX 77027

Mr. Tom C. Clark
Dealey Zimmermann Clark Malouf & MacFarlane P.C.
3131 Turtle Drive, Suite 1201
Dallas, TX 75219
Mr. Franz Michael Stenglein
Dewey Ballantine LLP
700 Louisiana, Suite 2050
Houston, TX 77002

Mr. David R. Deary
Deary Montgomery Defeo & Canada L.L.P.
2515 McKinney Avenue, Suite 1565
Dallas, TX 75201

RE: Case Number: 06-0358
 Court of Appeals Number: 02-06-00101-CV
 Trial Court Number: 017-212033-05

Style: IN RE DEUTSCHE BANK AG, DEUTSCHE BANK SECURITIES INC. D/B/A
 DEUTSCHE BANK ALEX. BROWN, INC., AND DAVID PARSE

Dear Counsel:

 Today the Supreme Court of Texas granted the relators' emergency
motion to stay district court proceedings pending mandamus proceedings, and
issued a stay order in the above-referenced case. The petition for writ of
mandamus remains pending before this Court. A copy of this Court's order
is enclosed.
 Pursuant to Tex. R. App. P. 55.1, you are requested to file briefs on
the merits in the above-styled case. Please refer to Tex. R. App. P. 55
for the requirements of relators' and real parties in interest briefs.
Please note that any party may elect to rely upon the briefs already on
file with this Court by notifying this office in writing no later than the
due date of the brief. If you elect to rely upon a brief filed with the
court of appeals, you must provide twelve copies in accordance with Tex. R.
App. P. 9.3(b). The filing of a notification letter shall invoke the same
timetable as the filing of a brief. The petition for writ of mandamus has
not been granted and remains under consideration by the Court.
 The briefing schedule is outlined below. See Tex. R. App. P. 55.7.
Please note that Tex. R. App. P. 9.2(b) does not apply. All briefs are due
to be filed in this office on or before 3:00 p.m. on the due date:
 Relators shall file their brief within thirty days of this date (on or
 before June 30, 2006).

 Real parties in interest shall file their response brief within twenty
 days after receiving relator's brief (no later than July 20, 2006).

 Relators shall file any reply brief within fifteen days after
 receiving real parties in interest's brief (no later than August 4,
 2006).

 Additionally, the Court requests that parties submit a copy of all
briefs on the merits (including amicus and post-submission briefs) and the
respective petitions, responses, and replies - already on file - in
electronic form within ten (10) days of the date of this letter. Also,
please submit an electronic copy when filing the hard copies of any brief.
Please see the enclosed information for guidelines.

 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Gena Pelham, Deputy Clerk

Enclosures

|cc:|Ms. Stephanie Lavake|
| | |
| |Mr. Thomas A. Wilder|
| | |
| |Honorable Fred W. |
| |Davis |